FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAWN BART SR. #273376
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 19-12817

versus

EAST FELICIANA WORK RELEASE VIA LA. WKFORCE
JAT BROTHER'S INN. (MAIN ST. Market
& Deli of Jackson; JAT PETROLEUM L.L.C. - (VALERO's)
AND JAT BROTHERS INC (MAIN ST. Market
AND Deli of CLINTON) OWNERS.
(MAIN OFFICE) P.O. Box 261 CLINTON, LA. 70722
Print the full name of all defendants in this
action.
DO NOT WRITE et al.

SECTION SECT. M MAG. 1

COMPLAINT

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes ( )   No (✓)

X  Fee pauperis
__ Process
X  Dkd
__ CtRmDep
__ Doc. No.

TENDERED FOR FILING

SEP 25 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

    Plaintiffs _____N/A_____
    _____N/A_____

    Defendants _____N/A_____

2. Court (If federal court, name of the district court; if state court, name the parish.) N/A
3. Docket Number _____N/A_____
4. Name of judge to whom case was assigned _____
5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____N/A_____
7. Approximate date of disposition _____N/A_____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____N/A_____

II. PLACE OF PRESENT CONFINEMENT: PLAQUEMINES PARISH DETENTION CENTER
P.O. BOX 67 POINTE-A-LA-HACHE, LA. 70082

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____
SEE ATTACHED:

2

   2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __yes__

D. If your answer is NO, explain why you have not done so: _____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.  Full Name of Plaintiff
    (First - Middle - Last) __(SELF) SHAWN BART SR.__
    Prisoner Number __# 273376__
    Address __PLAQ. PAR. DET. CTR. P.O. BOX 67 Pointe-Ala-Hache, LA. 70082__
    Date of Birth __08-13-1969__
    Date of Arrest __JUNE 26, 2016__
    Date of Conviction __NOVEMBER 6, 2017__

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _East Feliciana Wk Release_ is employed as _Louisiana Workforce LLC._
 _(for Dept of Corrections)_ at _P.O. Box 8025 Clinton, LA. 70722_
 Address for service: _____

C. Defendant _JAT Brother's Inc_, is employed as _Main St. Market & Del. of Clinton_
 _(Clinton, LA)_ at _____
 Address for service: _____

D. Defendant _JAT Brothers Inc._ is employed as _Main St. Market & Del. of Jackson_
 _(Jackson, LA)_ at _____
 Address for service: _____

E. Defendant _JAT Petroleum L.L.C_ is employed as _Valero's_
 at _P.O. Box 261 Clinton, LA. 70722_
 Address for service: _(Main Office)_
 _Store in Greensburg, LA._

F. Defendant _____ is employed as _____
 at _____
 Address for service: _____

G. Defendant _____ is employed as _____
 at _____
 Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

While at the East Feliciana Work Release I was the employee of 3 businesses under one owner of all 3 businesses. I have worked overtime since being employed there but never got paid for any of the hours worked overtime every week, and still is owed monies from all overtime hours under Labor Law. In contuity when asked the East Feliciana Work Release about the matter they removed me from the work release program, and still have not paid me for all overtime hours as of current. And loss wages from removing me for asking about overtime hours and monies.

4

Any Record of Employment, will verify facts and just basis for monies owed in this suit.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To review all time sheets, monies pd vs monies owed for all overtime hours while working for the Fat Brother's Inc, at each of their (3) businesses in (Jackson, La)(Clinton, La) to wit their Main St. Markets & Deli and Fat Petroleum. To be paid (all) money owed for overtime hours worked during employment period at the East Feliciana Work Release, for weekly 40 standard hours (minimum) of loss wages for the months not employed due to asking where money is for overtime hours worked, as well as declaratory and monetary damages of $250,000.00 for violating civil and constitutional rights.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 20th day of September, 2019.

_____
(Signature of Plaintiff)

Shawn M. Bart Sr.

#273376

SMB

10/2015

5

III. A (continued) - ADDITIONAL PLAINTIFFS    In Re: _____ N/A _____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

**Full Name of Plaintiff**
(First - Middle - Last) _____
Prisoner Number _____
Address _____
Date of Birth _____
Date of Arrest _____
Date of Conviction _____
Signature _____

**Full Name of Plaintiff**
(First - Middle - Last) _____
Prisoner Number _____
Address _____
Date of Birth _____
Date of Arrest _____
Date of Conviction _____
Signature _____

**Full Name of Plaintiff**
(First - Middle - Last) _____
Prisoner Number _____
Address _____
Date of Birth _____
Date of Arrest _____
Date of Conviction _____
Signature _____